IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BUSINESS ROUNDTABLE; CHAMBER OF COMMERCE OF THE UNITED STATES; NATIONAL ASSOCIATION OF MANUFACTURERS; ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC.; ASSOCIATED BUILDERS AND CONTRACTORS, INC.,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>THE UNITED STATES OF AMERICA; THURMAN M. DAVIS; DONALD H. RUMSFELD; DANIEL S. GOLDIN; KENNETH J. OSCAR; JACOB J. LEW,<br><br>　　　　　　Defendants | Case No. 1:00CV03088 ESH |



FILED
FEB 26 2001
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of Defendants' Unopposed Motion for Extension of Time to respond to Plaintiffs' Complaint, it is hereby ORDERED that said motion is GRANTED. It is further ORDERED that Defendants shall respond to the Complaint on or before April 27, 2001.

Dated: 2/26/01

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE




COPIES TO:

Rand L. Allen
Scott M. McCaleb
Kevin J. Maynard
Derek A. Yeo
Wiley, Rein & Fielding
1776 K Street, NW
Washington, D.C. 20006


John R. Griffiths
United States Department of Justice
Civil Division
P.O. Box 883
Washington, D.C. 20044