ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BUSINESS ROUNDTABLE; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; NATIONAL ASSOCIATION OF MANUFACTURERS; ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC.; and ASSOCIATED BUILDERS AND CONTRACTORS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA; THURMAN M. DAVIS; DONALD H. RUMSFELD; DANIEL S. GOLDIN; KENNETH J. OSCAR; and MITCHELL E. DANIELS, JR., <br><br> *Defendants*. | Case No. 1:00CV03088 ESH <br><br>  FILED <br> MAY 0 2 2001 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs The Business Roundtable, Chamber of Commerce of the United States of America, National Association of Manufacturers, Associated General Contractors of America, Inc., and Associated Builders and Contractors, Inc., by and through their undersigned counsel, hereby provide notice to all parties and to the court that Plaintiffs are dismissing this action, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Rand L. Allen – Bar No. 240226
Scott M. McCaleb – Bar No. 439925
Kevin J. Maynard – Bar No. 456673
Derek A. Yeo – Bar No. 468938
WILEY, REIN & FIELDING
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000



11

                    Reginald E. Jones – Bar No. 422118
                    Burton J. Fishman – Bar No. 290478
                    David S. Fortney – Bar No. 454943
                    OGLETREE, DEAKINS, NASH, SMOAK &
                        STEWART, P.C.
                    2400 N Street, N.W.
                    Suite 500
                    Washington, D.C. 20037
                    (202) 887-0855
                    *Counsel for Plaintiffs*

Stephen A. Bokat – Bar No. 175919
Robin S. Conrad – Bar No. 342774
NATIONAL CHAMBER LITIGATION
      CENTER, INC.
1615 H Street, N.W.
Washington, D.C. 20062
(202) 463-5337
*Of Counsel*

Dated: April 27, 2001

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April 2001, a copy of Plaintiff's Notice of Voluntary Dismissal was delivered via first class mail to the following:

John R. Griffiths
United States Department of Justice
Civil Division
P.O. Box 883
Washington, DC  20044

Thurman M. Davis
Acting Administrator
General Services Administration
18th and F Streets, NW
Washington, DC  20405

Donald H. Rumsfeld
Secretary of Defense
The Pentagon
Washington, DC  20350

Daniel S. Goldin
Administrator, National Aeronautics and
Space Administration
300 E Street, SW
Washington, DC  20546

Kenneth J. Oscar
Acting Deputy Administrator
Office of Federal Procurement and Policy
Office of Management and Budget
Eisenhower Executive Office Building
17th Street & Pennsylvania Avenue, NW
Washington, DC  20503

Mitchell E. Daniels, Jr.
Director, Office of Management and Budget
Eisenhower Executive Office Building
17th Street & Pennsylvania Avenue, NW
Washington, DC  20503